
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 AUG 19 AM 11:16
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  v.  **Lee Ann JAUREGUI,**  Defendant(s) | Magistrate Case No.  COMPLAINT FOR VIOLATION OF:  Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii) Transportation of Illegal Aliens |

'08 MJ 2561

The undersigned complainant, being duly sworn, states:

On or about **August 17, 2008**, within the Southern District of California, defendant **Lee Ann JAUREGUI** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Blanca Lucia FERNANDEZ-Leon, Ana Elizabeth JIMENEZ, and Gabriela FERNANDEZ-Leon** had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **19th** DAY OF **AUGUST, 2008**

_____
Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

DOA 08/17/08

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Blanca Lucia FERNANDEZ-Leon, Ana Elizabeth JIMENEZ,** and **Gabriela FERNANDEZ-Leon** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On August 17, 2008 Border Patrol Agent C.D. Karem and Border Patrol Agent A. Pearson were performing assigned duties at the State Route 94 Border Patrol Checkpoint in Jamul, California. At approximately 3:30pm, Supervisory Border Patrol Agent T. Engelhorn received a phone call at the USBP SR-94 Checkpoint from the Fire Captain working at the volunteer fire station located near the intersection of Honey Springs Road and Deerhorn Valley Road in Jamul, California. The Fire Captian said a bicyclist just came into his station and reported that a turquoise Dodge mini-van with a Baja California plate had just picked up several suspected illegal aliens.

Agent Engelhorn informed Agents Karem and Pearson who responded. Agents proceeded to an area north of Honey Springs Road in order to intercept the suspect vehicle. At approximately 3:45pm, agents observed a light blue minivan matching the given plate and description traveling north on Jamul Drive. Agents Karem and Pearson observed a Caucasian female driver, a Hispanic male passenger, and what appeared to be several persons in the rear seats and cargo area of the Dodge attempting to hide as agents passed. Agent Karem performed a "U" turn and conducted a vehicle stop at the intersection of Jamul Drive and Cottonwood Oaks Drive. The Dodge quickly turned onto the residential street and came to an abrupt stop. The driver later identified as the defendant **Lee Ann JAUREGUI** and three male passengers began to run from the vehicle. All subjects were apprehended and an immigration interview was conducted on each of the eight occupants. All seven passengers were interviewed separately and admitted to being citizens and nationals of Mexico not in possession of any U.S. Immigration documents which would allow them to enter or remain in the United States. JAUREGUI stated that she was a United States Citizen. All eight subjects were arrested and transported to the State Route 94 Border Patrol Checkpoint for processing.

## DEFENDANT STATEMENT:

The defendant was read her Miranda rights and was willing to answer questions without an attorney present.

JAUREGUI said she was going to be paid $100.00 (USD) per alien. When Agent Engelhorn asked JAUREGUI if she knew the people in her vehicle were illegal aliens, she replied, "Yes". JAUREGUI admitted to being apprehended on prior occasions for alien smuggling.

On this occasion, JAUREGUI said she picked up the van she was driving from the person she works for who she called "Pelon". JAUREGUI said she drove to Jamul, California in the van and "Pelon" followed in a black Saab. JAUREGUI said she was going to drive the vehicle to a Burger King located on University Ave. in San Diego, California where she was to meet "Pelon." From there, "Pelon" was going to take any foot guides in his car and JAUREGUI would take the rest of the smuggled aliens up to Corona, California.

**CONTINUATION OF COMPLAINT:**
**Lee Ann JAUREGUI**

## MATERIAL WITNESSES STATEMENTS:

The statements of material witnesses **Blanca Lucia FERNANDEZ-Leon, Ana Elizabeth JIMENEZ,** and **Gabriela FERNANDEZ-Leon** agree in summary that they are citizens and nationals of Mexico and illegally present in the United States. They stated that they do not have any immigration documents allowing them to be in the United States legally. They stated that arrangements had been made in Mexico to be smuggled into the United States. The material witnesses stated that they were to pay between $1500.00 to $1800.00 U.S. dollars. The material witnesses were shown a photo lineup and were able to identify defendant **Lee Ann JAUREGUI** as the driver.