AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |

UNITED STATES OF AMERICA,
        Plaintiff,
    v.
LEE ANN JAUREGUI,
        Defendant.

**APPEARANCE**

Case Number: 08MJ2561

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

LEE ANN JAUREGUI

I certify that I am admitted to practice in this court.

| 8/20/2008 | /s/ JOSEPH McMULLEN |
|---|---|
| Date | Signature |

| Joseph McMullen / Federal Defenders of SD | 246757 |
|---|---|
| Print Name | Bar Number |

225 Broadway, Suite 900
Address

| San Diego, | CA | 92101 |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov


Dated: August 20, 2008                                                      /s/ Joseph McMullen
                                                                                       JOSEPH McMULLEN
                                                                                       Federal Defenders of San Diego, Inc.
                                                                                       225 Broadway, Suite 900
                                                                                       San Diego, CA 92101-5030
                                                                                       (619) 234-8467  (tel)
                                                                                       (619) 687-2666  (fax)
                                                                                       e-mail: Joseph_McMullen@fd.org