# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | CRIMINAL NO. _____ 08 MJ 2561 |
| ) | |
| vs. ) | ORDER |
| ) | RELEASING MATERIAL WITNESS |
| JAUREGUI ) | |
| Defendant(s) ) | Booking No. |

On order of the United States ~~District~~/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as ~~a material witness~~ be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Blanca Lucia Fernandez-Leon

DATED: _____ 9/2/08 _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                    DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
                    Deputy Clerk

☆ U.S. GPO: 2003-581-774/70082