UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>LEE ANN JAUREGUI,<br><br>        Defendant. | Criminal Case No. 08CR2944-LAB<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Illegal Aliens and Aiding and<br>Abetting |

The United States Attorney charges:

On or about August 17, 2008, within the Southern District of California, defendant LEE ANN JAUREGUI, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ana Elizabeth Jimenez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: 8/29/2008.

                                    KAREN P. HEWITT
                                    United States Attorney

                                  LARA A. STINGLEY
                                  Assistant U.S. Attorney

LAST:lg:San Diego
8/22/08